**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMITTEE OF SEVENTY,　　　　　　： No. 36 EM 2017
PHILADELPHIA 3.0, JORDAN STRAUSS,　：
BRIAN KRISCH, AND KATHERINE　　　 ：
RIVERA,　　　　　　　　　　　　　　 ：
　　　　　　　　　　　　　　　　　 ：
　　　　　　　 Petitioners　　　　　 ：
　　　　　　　　　　　　　　　　　 ：
　　　　　　　　　　　　　　　　　 ：
　　　　 v.　　　　　　　　　　　　 ：
　　　　　　　　　　　　　　　　　 ：
　　　　　　　　　　　　　　　　　 ：
THE HONORABLE SHEILA A. WOODS-　 ：
SKIPPER, IN HER OFFICIAL CAPACITY　 ：
AS PRESIDENT JUDGE OF THE COURT　 ：
OF COMMON PLEAS OF　　　　　　　 ：
PHILADELPHIA,　　　　　　　　　　 ：
　　　　　　　　　　　　　　　　　 ：
　　　　　　　 Respondent　　　　　 ：

## <u>ORDER</u>

**PER CURIAM**

　　**AND NOW**, this 19th day of April, 2017, the Application for Leave to File Original Process and the Application for Leave to Intervene are **GRANTED**. The Prothonotary is **DIRECTED** to docket the City Commissioners' preliminary objections, as well as Petitioners' answer and supporting brief.

　　The Petition for Review in the Nature of Mandamus is **DENIED**. The Application to Expedite and the City Commissioners' preliminary objections are **DISMISSED**.

　　The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.

　　Justice Dougherty did not participate in the consideration or decision of this matter.